

Arkansas Secretary of State

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Notice: <u>This is only a preliminary search</u> and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed

<u>Printer Friendly Version</u>
LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

<u>Begin New Search</u>

For service of process contact the <u>Secretary of State's office.</u>

| | |
|---|---|
| Corporation Name | WALMART INC. |
| Fictitious Names | BUD'S DISCOUNT CITY<br>BUD'S WAREHOUSE OUTLET<br>BUD'S WAREHOUSE OUTLET<br>FORT SMITH REMARKETING<br>SAM'S CLUB<br>SAM'S WHOLESALE CLUB<br>WAL-MART<br>WAL-MART AVIATION<br>WAL-MART EXPRESS<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER #1147<br>WAL-MART SUPERCENTER #8<br>WAL-MART VACATIONS<br>WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | C T CORPORATION SYSTEM |
| Agent Address | 124 WEST CAPITOL AVENUE, SUITE 1900<br><br>LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer<br>RICKY YOUNG , Tax Preparer<br>C DOUGLAS MCMILLON , President<br>GORDON ALLISON , Secretary<br>WAYNE HAMILTON , Vice-President<br>MATTHEW ALLEN , Treasurer<br>DAVID CHOJNOWSKI , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET<br>BENTONVILLE, AR 72716 |
| State of Origin | DE |

<u>**Purchase a Certificate of Good Standing for this Entity**</u>    <u>**Pay Franchise Tax for this corporation**</u>

EXHIBIT A